UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

**IN THE MATTER OF:**

MARY E. MARTINY,  Case No. 23-43302-mlo
 Honorable MARIA L. OXHOLM
 Debtor.  Chapter 7

17376 Catalpa Dr.
Southfield, MI 48076
XXX-XX-1990

_____/

## NOTICE OF APPEARANCE AND
## REQUEST TO BE PLACED ON THE MATRIX

**PLEASE TAKE NOTICE** that Tara Raske-Liles of KILPATRICK & ASSOCIATES, PC, hereby appears as counsel for Ford Motor Credit Company LLC, and pursuant to Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon them at the following address: Kilpatrick & Associates, PC, PO Box 5016, Rochester Hills, Michigan, 48308.

Respectfully submitted;

**KILPATRICK & ASSOCIATES, PC**

By: /s/*Tara Raske-Liles*
RICHARDO I. KILPATRICK, ESQ. (P35275)
TARA RASKE-LILES, ESQ. (P74932)
Attorneys for Creditor Ford Motor Credit Company LLC
PO Box 5016
Rochester Hills, MI 48308
ecf@kaalaw.com
Date: January 26, 2024  (248) 519-1700

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

IN THE MATTER OF:

MARY E. MARTINY,                       Case No. 23-43302-mlo
                                               Honorable MARIA L. OXHOLM
       Debtor.                          Chapter 7

17376 Catalpa Dr.
Southfield, MI 48076
XXX-XX-1990
_____/

**PROOF OF SERVICE OF NOTICE OF APPEARANCE AND
REQUEST TO BE ADDED TO THE MATRIX**

**KYLA HUNTER** certifies that on the 26th day of January, 2024 she did serve a copy of the NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO THE MATRIX and PROOF OF SERVICE in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Brian J. Small: bankruptcy@thavgross.com

David Wm Ruskin: ruskin.stips@det13.com

Office of the U.S. Trustee: via ECF e-mail

And by depositing same in a United States postal box located in Rochester Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Mary E. Martiny
17376 Catalpa Dr.
Southfield, MI 48076

                                                   /s/ *Kyla Hunter*
                                                   **KYLA HUNTER**, an employee of
                                                   KILPATRICK & ASSOCIATES, PC
                                                   PO Box 5016
                                                   Rochester Hills, MI 48308
                                                   ecf@kaalaw.com
                                                   (248) 519-1700